FIRST NAT. BANK OF SALAMANCA v. WESTON. (Supreme Court, Appellate Division, Fourth Department. February 6, 1898.)

Action by the First National Bank of Salamanca against Abijah Westcn. No opinion. Motion for reargument denied, with $10 costs. See 48 N. Y. Supp. 403.